(44 South. 997.)

No. 16,852.

GLOBE REALTY CO., Limited, v. VIX.
In re GLOBE REALTY CO.,
Limited.

(Nov. 18, 1907.)

COURTS—COURT OF APPEAL—JURISDICTION.

    The Court of Appeal is the proper tribunal to review the action of the district court fixing the amount of the costs of an appeal from the one tribunal to the other.

    (Syllabus by the Court.)

Action by the Globe Realty Company, Limited, against Caroline Vix, widow of Angelo Cotonio. Judgment condemning defendant to pay costs of appeal to the district court made absolute, and plaintiff applies for writs of certiorari and prohibition. Dismissed.

David Blackshear Hamilton Chaffe, for relator. Respondent Judge, pro se. Theodore Cotonio, for respondent Mrs. Caroline Cotonio. Dinkelspiel, Hart & Davey, amici curiæ.

MONROE, J. Relator complains that, in a suit in which it was condemned by the Court of Appeal to pay the costs of an appeal to that tribunal, the district court made absolute a rule taxing those costs at $22.50, and that certain items, included in that amount, are unauthorized by law. Wherefore it prays that this court review the action of the district court by means of the writ of certiorari.

The Court of Appeal is, however, the proper tribunal to interpret and enforce the execution of judgments rendered by it in the exercise of its appellate jurisdiction. Const. art. 104; Code Prac. art. 629; Brown v. Land Co. et al., 49 La. Ann. 1779, 23 South. 292; State ex rel. Johnson v. Judges, 107 La. 69, 31 South. 645.

It is therefore ordered, adjudged, and decreed that the restraining order herein made be rescinded, and this proceeding dismissed, at the cost of the relatrix.